**OLIVER HOWELL and ESTHER ANDREWS v. STATE OF FLORIDA**

22 So. (2nd) 155          January Term, 1945

May 11, 1945          Division B

*Wm. W. Flournoy,* for appellants.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The Judgment appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.